UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUBY VILLANERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 8:19-cv-00871-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 36), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $6,800 under 28 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

Dated: March 17, 2021

_____
JOHN D. EARLY
United States Magistrate Judge